# AFFIRMATION OF SERVICE

**State of New York**                    **County of New York**                    **Supreme Court**

Index Number: _____
Date Filed: 4/17/2026

Plaintiff:
**FRANCES LOSCAR, an individual**

vs.

Defendant:
**KAO USA, INC.; L'ORÉAL USA, INC.; L'ORÉAL USA PRODUCTS, INC.; HENKEL a/k/a HENKEL AG & Co. KGaA; JOICO; PRAVANA, inclusive**

For:
Morgan & Morgan
201 N Franklin St, 7th Floor,
Tampa, FL 33602

Received by Nicoletti & Harris to be served on **L'ORÉAL USA PRODUCTS, INC., c/o Corporation Service Company, 80 State Street, Albany, NY 12207**.

I, Dylan Jones, do hereby affirm that on the **17th day of April, 2026** at **10:40 am, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Verified Complaint with Notice of Electronic Filing**  to: **Minard Carkner** , Authorized to Accept Service, as **Litigation Management Specialist** of **Corporation Service Company, Registered Agent,** at the address of: **c/o Corporation Service Company, 80 State Street, Albany, NY 12207** on behalf of **L'ORÉAL USA PRODUCTS, INC.**

Said documents were conformed with index number and date of filing endorsed thereon.

**Description** of Person Served: Age: 40, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 220, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action.

I affirm on _____4/17/26_____, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_____
**Dylan Jones**
Process Server

**Nicoletti & Harris**
**101 Avenue Of The Americas**
**9th Floor**
**New York, NY 10013**

Our Job Serial Number: NHI-2026010444

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b