UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
FRANCES LOSCAR,

                    Plaintiff,

          - against -

KAO USA, INC.; L'OREAL USA, INC.; L'OREAL
USA PRODUCTS, INC.; HENKEL a/k/a HENKEL
AG & CO. KGaA; JOICO; PRAVANA,

                    Defendants.

---------------------------------------X

**MEMORANDUM AND ORDER**
26 Civ. 03174 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

Presently before the Court is plaintiff Frances Loscar's ("plaintiff") motion to remand this case to state court pursuant to 28 U.S.C. § 1447.  ECF No. 5.  Plaintiff also seeks attorneys' fees through the same motion.  See id. at 3.  This case is one of many cases that have been assigned to this Court as related, and in which individual plaintiffs allege they were diagnosed with bladder cancer as a result of prolonged usage of the defendants' haircare products.[1]  Earlier today, this Court filed a

---

[1]    See e.g., Larson v. John Paul Mitchell Systems et al, No. 25-cv-10280; Rini v. L'Oreal USA, Inc. et al, No. 25-cv-10285; Clarke v. John Paul Mitchell Systems et al, No. 25-cv-10289; Eck v. John Paul Mitchell Systems et al, 25-cv-10295; Gregory v. L'Oreal USA, Inc. et al, No. 25-cv-10298; Jiricek v. L'Oreal USA, Inc. et al, No. 25-cv-10299; Loscar v. Kao USA, Inc. et al, 26-cv-03174; Hadeler v. Clairol et al, No. 26-cv-03388; Savitski v. L'Oreal USA Inc. et al, 26-cv-04096; Dewitt et al v. LOreal USA, Inc. et al, No. 26-cv-04140; Desantis v. L'Oreal USA, Inc. et al, No. 26-cv-04266; Rocco v. Wella Operations US LLC et al, No. 26-cv-04519; Bergman v. Wella Operations US, LLC

1

comprehensive Memorandum and Order in one such case, Gregory v. L'Oreal USA Inc. et al, No. 25-cv-10298(NRB), ECF No. 27 (the "Gregory Opinion").  There, when faced with a substantively identical motion to remand, we determined after careful analysis that removal to this court was proper and denied the plaintiff's motion for remand.

In all relevant respects relating to the issue of removal, the instant dispute is identical to the dispute in Gregory.  While plaintiff's moving papers in this case were significantly shorter than the papers in Gregory, compare ECF No. 5, with, Gregory v. L'Oreal USA Inc. et al, No. 25-cv-10298(NRB), ECF No. 14, the dispositive issue of whether service of plaintiff's summons without an index number, which is required by New York law, was effective is the same.  Accordingly, we hereby adopt the reasoning set forth in the Gregory Opinion as if set forth in full herein and determine that removal was proper in this case and deny plaintiff's motion to remand.

## I.  Attorneys' Fees

Plaintiff further seeks attorneys' fees in the amount of $5,785.28 "because Henkel patently violated the forum defendant rule" by removing this case.  ECF No. 5 at 3-4.  Considering that the Court hereby determines that removal was proper, attorneys'

---

et al, No. 26-cv-04528; Selvey v. Wella Operations US LLC et al, No. 26-cv-04596.

fees are unwarranted. Accordingly, plaintiff's request for attorneys' fees is denied.

The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 5.

Dated:    June 25, 2026
          New York, New York

                                    _____
                                        NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE